136 F.3d 1360
 Jack KEVORKIAN, M.D.; John Doe, Plaintiffs-Appellees,
v.
Dixon ARNETT, as Executive Director of the Medical Board of
California, and the Medical Board of California, Defendants,
and
Daniel E. Lungren, Attorney General of the State of
California, Defendant-Appellant.
 No. 96-56405.
 United States Court of Appeals,
Ninth Circuit.
 Submitted Feb. 5, 1998.*
Decided Feb. 27, 1998.
Order Filed March 31, 1998.
As Amended on Denial of Rehearing March 31, 1998.
 
 Thomas S. Lazar, Deputy Attorney General, San Diego, California, for defendant-appellant.
 Mark E. Field, Long Beach, California, for plaintiffs-appellees.
 Appeal from the United States District Court for the Central District of California; Consuelo B. Marshall, District Judge, Presiding. D.C. No. CV-94-06089 CBM (Kx).
 Before: FLETCHER, MAGILL,** and T.G. NELSON, Circuit Judges.
 
 ORDER
 
 1
 In light of the Supreme Court decisions in Vacco v. Quill, --- U.S. ----, 117 S.Ct. 2293, 138 L.Ed.2d 834 (1997), and Washington v. Glucksberg, --- U.S. ----, 117 S.Ct. 2258, 138 L.Ed.2d 772 (1997) decided subsequent to the district court opinion, we vacate the district court's opinion and judgment and dismiss the appeal.
 
 
 
 *
 The panel unanimously finds this case suitable for the decision without oral argument. Fed. R. App. P. 34(a); Circuit Rule 34-4
 
 
 **
 Honorable Frank J. Magill, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation